IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| KTM AG,<br><br>  Plaintiff,<br><br>V.<br><br>Excursion,<br><br>  Defendant, | **Case No:** 20-cv-7212<br><br> |

## Notice of withdrawal of the motion to dismiss the plaintiff's complaint

Defendant **excursion** has reached settlement agreement with plaintiff on June 8. Defendant agreed to pay a certain amount of settlement money to the plaintiff in exchange for the plaintiff dismissing all causes of action in the complaint as to defendant excursion. So defendant hereby withdraws its Motion To Dismiss Plaintiff's Complaint [DKT.63].

| Defendant No. | Store Name |
|---|---|
| 192 | excursion |

**Date:** June 9,2021
　　　　Shen Zhen, China

**Respectfully submitted**

**/s/钟作贵(Zhong Zuo Gui)**
Owner of store Excursion
**Address:** 7011, Jinqiao Garden, Donghuan 1st Road, Longhua District, Shenzhen, China.
**E-mail:** chenyanlvjie@qq.com
**Phone number:** 189-8520-6277
**Pro se litigant**