# Amended Schedule A

| No. | Defendant Name / Alias |
|---|---|
| 1 | 2015living |
| 2 | 485motorsports |
| 4 | 667motorparts |
| 8 | aizomamotorparts |
| 9 | akshistar30 |
| 35 | birdmanracing |
| 37 | bluebunnybike |
| 38 | bolonimotorsports |
| 43 | cadiaracing |
| 53 | cnenjoy |
| 54 | commandoracing |
| 59 | dadin33 |
| 67 | dreamanmotors |
| 72 | egbsmotorsports |
| 77 | epivot |
| 85 | fox820215_3 |
| 104 | honghonghuohuo128 |
| 107 | hrir-hrir |
| 119 | jswheelsracing |
| 120 | justin-store |
| 121 | kkrefittings_vehicle |
| 126 | ❤️GLTER❤️ - Daily Discounts |
| 132 | Alina shops |
| 140 | Apricot blossom |
| 146 | ATOPLITE |
| 152 | Berryland-AN |
| 154 | BIBOBO |
| 156 | BKEX |
| 158 | BMWY |
| 164 | Calinescu 86 |
| 170 | ChengHuaQuShangMaoBu |
| 171 | CJYShop |
| 177 | Deborah Daniel - VN15 |
| 179 | dengxiangqing |
| 180 | Dhe Best |
| 181 | dinglnus |
| 189 | enrilior |
| 193 | Fairy Blossom |
| 194 | FALANGEMU |
| 200 | Fifimin |

# Amended Schedule A

| 203 | Fragrance-supermarket |
|---|---|
| 205 | FT ELECTRIC |
| 213 | GBNB |
| 226 | GuangZhou Yinyuxi Trade Co., LTD |
| 229 | GUILIAN WU |
| 230 | Gyheung |
| 234 | hanshuaishop |
| 235 | HEALTH BEAUTY TECHNOLOGY CO., LIMITED |
| 238 | Hoijiku |
| 239 | kangshuoshengwukeji |
| 240 | liaohuilong2 |
| 241 | LJiaWei |
| 242 | LOTTJOKLD |
| 243 | Lou jnnvl |
| 244 | NAHA001 |
| 245 | NIANAI2 |
| 247 | ZhuChengShiMingHongDianQiKeJiYouXianGongSi |