IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| KTM AG., <br><br> Plaintiff, <br><br> v. <br><br> THE INDIVIDUALS, CORPORATIONS, LIMITED LIABILITY COMPANIES, PARTNERSHIPS, AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE A HERETO, <br><br> Defendants. | Case No. 20-cv-7212 <br><br> Judge Martha M. Pacold |

**PLAINTIFF'S MOTION FOR LEAVE TO EXCEED PAGE LIMITATION**

Plaintiff KTM AG. ("Plaintiff"), by and through undersigned counsel, respectfully requests leave to file a brief in support of its Motion for Entry of Default Judgment in excess of 15 pages. Plaintiff is requesting leave to file a brief in excess of 15 pages in order for Plaintiff to thoroughly and adequately apprise the Court of the history of the nearly two-and-a-half-year case and to adequately address the numerous Appearances, Answers and dispositive Motions filed by Defendants. Plaintiff's brief is 18 pages.

Therefore, Plaintiff respectfully requests leave to file a combined brief in excess of 15 pages to thoroughly present the full history of this matter.

Respectfully submitted,

Dated: September 18, 2023

By: s/Michael A. Hierl_____
     Michael A. Hierl (Bar No. 3128021)
     William B. Kalbac (Bar No. 6301771)

Robert P. McMurray (Bar No. 6324332)
Hughes Socol Piers Resnick & Dym, Ltd.
Three First National Plaza
70 W. Madison Street, Suite 4000
Chicago, Illinois 60602
(312) 580-0100 Telephone
(312) 580-1994 Facsimile
mhierl@hsplegal.com

Attorneys for Plaintiff
KTM AG

## **CERTIFICATE OF SERVICE**

The undersigned attorney hereby certifies that a true and correct copy of the foregoing Motion to Exceed Page Limitations was filed electronically with the Clerk of the Court and served on all counsel of record and interested parties via the CM/ECF system on September 18, 2023.

                                                                         s/Michael A. Hierl