IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| KTM AG, | ) |
|     Plaintiff, | ) Case No.: 20-cv-7212 ) ) Judge Martha M. Pacold |
| v. | ) |
| THE INDIVIDUALS, CORPORATIONS, LIMITED LIABILITY COMPANIES, PARTNERSHIPS AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE A HERETO, | ) ) ) ) ) |
|     Defendants. | ) |

**PLAINTIFF'S MOTION FOR ENTRY OF DEFAULT AND DEFAULT JUDGMENT AGAINST THE DEFENDANTS IDENTIFIED IN AMENDED SCHEDULE A**

Plaintiff KTM AG (collectively "Plaintiff" or "KTM") hereby moves this Honorable Court for entry of Default and Default Judgment against the Defendants as identified by defendant number and name in Amended Schedule A. Plaintiff files herewith a Memorandum of Law in support. Plaintiff's Motion for entry of Default and Default Judgment disposes of all remaining defendants.

Respectfully submitted,

Dated: September 18, 2023

By:   s/Michael A. Hierl\_
      Michael A. Hierl (Bar No. 3128021)
      William B. Kalbac (Bar No. 6301771)
      Robert Payton McMurray (Bar No.6324332)
      Hughes Socol Piers Resnick & Dym, Ltd.
      Three First National Plaza
      70 W. Madison Street, Suite 4000
      Chicago, Illinois 60602
      (312) 580-0100 Telephone
      mhierl@hsplegal.com
      wkalbac@hsplegal.com
      Attorneys for Plaintiff
      KTM AG

## CERTIFICATE OF SERVICE

The undersigned attorney hereby certifies that a true and correct copy of the foregoing Motion was electronically filed with the Clerk of the Court, served by publication and email to the Defendants identified in Amended Schedule A and served on all counsel of record and interested parties via the CM/ECF system on September 18, 2023.

/s/ Michael A. Hierl
Michael A. Hierl